[Cite as *Wade v. O'Leary*, 2022-Ohio-4830.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| E. ROBERTA WADE | Case No. 2022-00607PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| MAYOR THOMAS M. O'LEARY, CITY OF GALION | |
| Respondent | |

{¶1} On November 18, 2022, a Special Master issued a Report and Recommendation (R&R) in this public-records case. The Special Master recommends dismissal of a motion to dismiss filed by Respondent. (R&R, 3.) The Special Master states: "Upon consideration of the pleadings and attachments the Special Master recommends the court DENY requester's claim for production of records. It is recommended that costs be assessed to requester." (R&R, 6.)

{¶2} Neither party has timely objected to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the Court determines that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation. In accordance with the Special Master's recommendations, the

Court denies Respondent's motion to dismiss, denies Requester's claim for production of records, and assesses court costs to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed December 13, 2022**
**Sent to S.C. Reporter 1/9/23**